IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES,

    Plaintiff,

v.

CAFÉ DIVINO, et al.,

    Defendants.
_____/

No. 10-4813-JCS (EDL)

**ORDER REQUIRING FURTHER STATUS UPDATE**

    Following the settlement conference that took place on April 20, 2011, the parties have complied with the Court's requirement that the parties provide a status update on settlement by no later than June 6, 2011. The parties shall provide a further status update on settlement to this Court by no later than September 6, 2011.

**IT IS SO ORDERED.**

Dated: June _8_, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge