Thimesch Law Offices
TIMOTHY S. THIMESCH, ESQ., No. 148213
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925-588-0401
Fax: 888-210-8868

Attorneys for Plaintiff CRAIG YATES

MICHAEL RAIFSNIDER, ESQ.
Attorney at Law/Bar# 100110
109 Gear Street, Fourth Floor
San Francisco, CA 94108
Telephone: 415/398-9001

Attorneys for Defendant
FREDERICK J. PERRY III, TRUSTEE OF THE FRED PERRY JR. TRUST, sued erroneously as FREDERICK J. PERRY III

CHARLES G. MILLER, ESQ.
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Defendant MANGIA E. BEVI, INC., sued erroneously herein as CAFÉ DIVINO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>    Plaintiff,<br><br>v.<br><br>CAFÉ DIVINO; FREDERICK J. PERRY III; MANGIA E. BEVI, INC.; and DOES 1 through 50, Inclusive,<br><br>    Defendants.<br>_____ / | CASE NO. CV 10-4813-JCS<br>Civil Rights<br><br>**STIPULATION AND [Proposed] ORDER FOR REFERRAL TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Case Management Conference:**<br>Date:    July 22, 2010<br>Time:    1:30 PM<br>Judge:   Hon. Joseph C. Spero |

To accommodate the vacation of Plaintiff Counsel, the Parties request a continuance of the

////

**Stipulation and Order to Continue Case Management Conference:**
**Case No. CV 10-4813-JCS**

1 | Case Management Conference, currently set for July 22, to July 29, 2010 at 1:30 PM

2 |     SO STIPULATED.

3

4 | Dated: July 15, 2011      THIMESCH LAW OFFICES
                                        TIMOTHY S. THIMESCH

5

6 |                                           /s/ Authorized Signed
                                          Attorneys for Plaintiff CRAIG YATES

7 | Dated: July 15, 2011      MICHAEL RAIFSNIDER

8 |                                           /S/ Signature Authorized

9 |                                           Attorneys for Defendant
                                          FREDERICK J. PERRY III, Trustee

10

11 | Dated: July 15, 2011      CHARLES G. MILLER, ESQ.
                                          BARTKO, ZANKEL, TARRANT & MILLER

12 |                                           /S/ Signature Authorized

13 |                                           Attorneys for Defendant
                                          MANGIA E. BEVI, INC., sued erroneously herein

14 |                                           as CAFÉ DIVINO

15

16 | **ORDER**

17 |     SO ORDERED.

18

19

20 | Dated: 7/19/11

21 |                                           HON. JOSEPH C. SPERO
                                          MAGISTRATE JUDGE, DISTRICT COURT

22

23

24

25

26

27

28