1   **Thimesch Law Offices**
    TIMOTHY S. THIMESCH, ESQ., No. 148213
2   158 Hilltop Crescent
    Walnut Creek, CA 94597-3452
3   Tel: 925-588-0401
    Fax: 888-210-8868
4
    Attorneys for Plaintiff CRAIG YATES
5
    MICHAEL RAIFSNIDER, ESQ.
6   Attorney at Law/Bar# 100110
    109 Gear Street, Fourth Floor
7   San Francisco, CA 94108
    Telephone: 415/398-9001
8
    Attorneys for Defendant
9   FREDERICK J. PERRY III, TRUSTEE OF THE FRED PERRY JR. TRUST

10  CHARLES G. MILLER, ESQ.
    BARTKO, ZANKEL, TARRANT & MILLER
11  A Professional Corporation
    900 Front Street, Suite 300
12  San Francisco, CA 94111
    Telephone: (415) 956-1900
13  Facsimile: (415) 956-1152

14  Attorneys for Defendant MANGIA E. BEVI, INC.

15                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
16

17  CRAIG YATES,                        CASE NO. CV 10-4813-JCS
                                        Civil Rights
18        Plaintiff,

19  v.                                  STIPULATION AND [~~Proposed~~]
                                        ORDER RE BLUEPRINTS AND OTHER
20  CAFÉ DIVINO; FREDERICK J. PERRY     MATERIAL DESIGNATED
    III; MANGIA E. BEVI, INC.; and      "CONFIDENTIAL" WITHIN
21  DOES 1 through 50, Inclusive,       DEPARTMENTAL FILES

22        Defendants.

23  _____/

24
          **TO THE COURT:**
25
          WHEREAS the construction history of the CAFÉ DIVINO, and its
26
    building and grounds located at 37 Caledonia Street, Sausalito,
27
    California, (hereafter "Subject Building") is at issue in this
28

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

Stipulation and Proposed Order Re Blueprints: Case No. CV 10-4813-JCS

1    case;

2         WHEREAS, the Custodians Of Records of the City of Sausalito

3    Department of Community Development, Building and Planning

4    Divisions, are each in possession of certain blueprints,

5    schematics, drawings and other material designated "confidential"

6    related to the design and construction of the subject building

7    that are potentially relevant to the construction history and

8    liability issues in this case, or will lead to the discovery of

9    admissible evidence on such issues,

10        WHEREAS the Parties desire to obtain certified copies from

11   the Building and Planning Divisions of these documents for

12   discovery and evidentiary purposes,

13        WHEREAS Plaintiff has already served the Subpoena in a Civil

14   Case on the Building Division that is at **Exhibit A**, and the

15   Planning Division that is at **Exhibit B,**

16        WHEREAS building departments in California (including, on

17   information and belief, the City of Sausalito) typically assert

18   that blueprints, schematics and drawings are allegedly

19   "privileged" material, and that the Building and Planning

20   Department are constrained by Health & Safety Code Section 19851

21   from producing copies of such documents even when served with a

22   federal subpoena, i.e., unless, inter alia, they are ordered by the

23   Court to do so (see sample objection from the City of Los Angeles

24   at **Exhibit C**),[1]

25   _____

26   [1]    California Health and Safety Code Section 19851 provides

27        that the official copy of building plans maintained by the

28        building department of a city "may not be duplicated in

---

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

Stipulation and Proposed Order Re Blueprints: Case No. CV 10-4813-JCS          — 2 —

1    WHEREFORE, The Parties Hereby request that the Court order

2    the Building and Planning Departments to produce all blueprints,

3    schematics and drawings and any other allegedly privileged

4    ////

5

6

7

8

9

10

11

12

13

14

15

16

_____

17    whole or in part except (1) with the written permission,

18    which permission shall not be unreasonably withheld as

19    specified in subdivision (f), of the certified, licensed

20    or registered professional or his or her successor, if

21    any, who signed the original documents and the written

22    permission of the original or current owner of the

23    building, or, if the building is part of a common interest

24    development, with the written permission of the board of

25    directors or governing body of the association established

26    to manage the common interest development, **or (2) by order**

27    **of a proper court or upon the request of any state**

28    **agency."** (Emphasis added.)

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

Stipulation and Proposed Order Re Blueprints: Case No. CV 10-4813-JCS                    — 3 —

1   material requested by Plaintiff in the Subpoenas at **Exhibits A**

2   **& B.**

3       **SO STIPULATED.**

4

5   Dated: August 13, 2011      TIMOTHY S. THIMESCH
                            THIMESCH LAW OFFICE

6

7

8                               Attorneys for Plaintiff

9                               CRAIG YATES

10

11   Dated: August 13, 2011      MICHAEL RAIFSNIDER

12                               /S/ Signature Authorized
                              Attorneys for Defendant

13                               FREDERICK J. PERRY III, Trustee

14

15   Dated: August 13, 2011      CHARLES G. MILLER, ESQ.
                              BARTKO, ZANKEL, TARRANT & MILLER

16

17                               /S/ Signature Authorized
                              Attorneys for Defendant

18                               MANGIA E. BEVI, INC., sued
                              erroneously herein as CAFÉ DIVINO

19

20                               **ORDER**

21      SO ORDERED.

22

23

24                   .

25

26   Dated:     8/23/11

27                               HON. _____ SPERO
                              MAGISTRATE JUDGE

28                               U.S. District Court

Judge Joseph C. Spero

Stipulation and Proposed Order Re Blueprints: Case No. CV 10-4813-JCS      — 4 —

EXHIBIT A

AO 88B  (Rev. 01/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | | |
|---|---|---|
| Craig Yates | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  CV-10-04813 JCS |
| Cafe Divino, et al. | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES

To: Custodian of Records of City of Sausalito Community Development, Building Division
420 Litho Street, Sausalito, CA 94965; Tel: (415) 289-4137

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following
documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the
material: Certified Copies (if possible, in Electronic PDF form, otherwise hard copies) of all records identified at
Exhibit 1.

| Place: City of Sausalito Community Development, Building Division, 420 Litho Street, Sausalito, CA 94965 | Date and Time:<br><br>08/29/2011 10:00 |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or
other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party
may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule
45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are
attached.

Date:  07/14/2011

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Plaintiff Craig Yates
_____, who issues or requests t

TIMOTHY S. THIMESCH, ESQ. (NO. 148213); THIMESCH LAW OFFICES, 158 Hilltop Crescent, Walnut Creek, CA
04597-3452; 925-588-0401

PLAINTIFF'S
EXHIBIT

A

**"Exhibit 1" TO SUBPOENA IN A CIVIL CASE:**

**YOU** and **YOUR** as used herein refer to CUSTODIAN OF RECORDS, DEPARTMENT OF COMMUNITY DEVELOPMENT - BUILDING DIVISION, 420 Litho Street, Sausalito, CA 94965.

PLEASE PRODUCE **ANY AND ALL DOCUMENTS** WHATSOEVER IN YOUR POSSESSION, CUSTODY, CARE AND/OR CONTROL THAT RELATE TO the building located at or near Assessor Parcel Number 065-056-22, or otherwise designated by the address 37 Caledonia Street, Sausalito, Sausalito, California.  This includes the building and the surrounding premises, and any and all documents related to YOUR communication with the owners, operators, managers, and lessors, of such property, and its agents, employees and attorneys, including, but not limited to, the following:

    a)   Building, Planning, Zoning and Permits, Applications, and Inspection Records;

    b)   Correspondence;

    c)   Memorandums;

    d)   Notes;

    e)   Your Reports Concerning the Subject Property;

    f)   Your Billings, Invoices, and Receipts, Contracts, Etc.;

    g)   Surveys;

    h)   Historical Data;

    i)   Photographs;

    j)   Construction Invoices, Billings, Etc.

    k)   Inventories, Interviews, Copies of Historical Records and Articles;

    l)   Blueprints and Plans;

m)  Written Findings Concerning Historical Fabric;

n)  Any and All Documents That Refer or Relate to Communications With the County of Marin Building and Planning Departments;

o)  Any and All Documents That Refer or Relate to Communications with the COMMUNITY DEVELOPMENT AGENCY - BUILDING & SAFETY AND PLANNING DIVISIONS;

p)  Any and All Documents That Refer or Relate to Communications With the State Department of Rehabilitation Mobility and Communications Barriers Section and the Office of the State Architect;

q)  Any and All Documents That Refer or Relate to Communications with the County Board of Supervisors;

r)  Any and All Documents That Refer or Relate to Exceptions Granted or Sought for 'Unreasonable Hardship' From Title 24 Requirements; and

s)  Any and All Documents That Refer or Relate to Consultation With Local Disabled Advocacy Groups.

Dated: July 14, 2011          Thimesch Law Offices

Attorneys for Plaintiff
CRAIG YATES

# EXHIBIT B

AO 88B (Rev. 01/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises

# UNITED STATES DISTRICT COURT

for the

Northern District of California

|   |   |   |
|---|---|---|
| Craig Yates | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. CV-10-04813 JCS |
| Cafe Divino, et al. | ) | |
| | ) | (If the action is pending in another district, state where:) |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES

To: Custodian of Records of City of Sausalito Community Development, Planning Division
   420 Litho Street, Sausalito, CA 94965; Tel: (415) 289-4137

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Certified Copies (if possible, in Electronic PDF form, otherwise hard copies) of all records identified at Exhibit 1.

| Place: City of Sausalito Community Development, Planning Division, 420 Litho Street, Sausalito, CA 94965 | Date and Time: 08/29/2011 10:00 |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: ___07/14/2011___

 *CLERK OF COURT*

OR _____

_____          _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     Plaintiff Craig Yates
_____ , who issues or requests this subpoena, are:

TIMOTHY S. THIMESCH, ESQ. (NO. 148213); THIMESCH LAW OFFICES, 158 Hilltop Crescent, Walnut Creek, CA 04597-3452; 925-588-0401

1             **"Exhibit 1" TO SUBPOENA IN A CIVIL CASE:**

2     **YOU** and **YOUR** as used herein refer to CUSTODIAN OF RECORDS,

3 DEPARTMENT OF COMMUNITY DEVELOPMENT - PLANNING DIVISION, 420

4 Litho Street, Sausalito, CA 94965.

5         PLEASE PRODUCE **ANY AND ALL DOCUMENTS** WHATSOEVER IN

6 YOUR POSSESSION, CUSTODY, CARE AND/OR CONTROL THAT RELATE TO

7 the building located at or near Assessor Parcel Number 065-056-

8 22, or otherwise designated by the address 37 Caledonia Street,

9 Sausalito, Sausalito, California.  This includes the building

10 and the surrounding premises, and any and all documents related

11 to YOUR communication with the owners, operators, managers, and

12 lessors, of such property, and its agents, employees and

13 attorneys, including, but not limited to, the following:

14         a)    Building, Planning, Zoning and Permits,

15               Applications, and Inspection Records;

16         b)    Correspondence;

17         c)    Memorandums;

18         d)    Notes;

19         e)    Reports Concerning the Subject Property;

20         f)    Billings, Invoices, and Receipts, Contracts,

21               Etc.;

22         g)    Surveys;

23         h)    Historical Data;

24         i)    Photographs;

25         j)    Construction Invoices, Billings, Etc.

26         k)    Inventories, Interviews, Copies of Historical

27               Records and Articles;

28         l)    Blueprints and Plans;

**PLAINTIFF'S EXHIBIT 1**

1       m)    Written Findings Concerning Historical Fabric;

2       n)    Any and All Documents That Refer or Relate to

3             Communications With the County of Marin Building

4             and Planning Departments;

5       o)    Any and All Documents That Refer or Relate to

6             Communications with the COMMUNITY DEVELOPMENT

7             AGENCY - BUILDING & SAFETY AND PLANNING

8             DIVISIONS;

9       p)    Any and All Documents That Refer or Relate to

10            Communications With the State Department of

11            Rehabilitation Mobility and Communications

12            Barriers Section and the Office of the State

13            Architect;

14      q)    Any and All Documents That Refer or Relate to

15            Communications with the County Board of

16            Supervisors;

17      r)    Any and All Documents That Refer or Relate to

18            Exceptions Granted or Sought for 'Unreasonable

19            Hardship' From Title 24 Requirements; and

20      s)    Any and All Documents That Refer or Relate to

21            Consultation With Local Disabled Advocacy

22            Groups.

23

24  Dated: July 14, 2011              Thimesch Law Offices

25

26

27                                    _____
                                      Attorneys for Plaintiff
28                                    CRAIG YATES

"Exhibit 1" to Deposition Subpoena:
Case No. CV-10-4813-JCS                                    — 2 —

EXHIBIT C

**CARMEN A. TRUTANICH,** City Attorney (SBN 86629)
**TAYO A. POPOOLA**, Deputy City Attorney (SBN 134564)
**ALAN W. BLACKMAN**, Deputy City Attorney (SBN 216143)
**MICHAEL J. BOSTROM**, Deputy City Attorney (SBN 211778)
700 City Hall East
200 North Main Street
Los Angeles, CA 90012
Telephone:  213.978.8068
Facsimile: 213.978.8214
E-Mail:  Michael.Bostrom@lacity.org

Attorneys for Third Party
**CITY OF LOS ANGELES DEPARTMENT OF BUILDING
AND SAFETY**

COPY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGH MARSH, et al. | Case No. CV-10511-PA (AGRx) |
| Plaintiffs, | Honorable Percy Anderson |
| v. | **THIRD PARTY CITY OF LOS ANGELES DEPARTMENT OF BUILDING AND SAFETY'S OBJECTIONS TO SUBPOENA FOR PRODUCTION OF RECORDS** |
| GRAND KYOTO HOTEL, et al. | |
| Defendant. | |

1

PLAINTIFF'S EXHIBIT
C

1    Third Party City of Los Angeles Department of Building and Safety

2  ("LADBS") hereby objects to Plaintiff Hugh Marsh's July 4, 2010 document

3  subpoena requesting "blueprints" related to the hotel property located at 120 South

4  Los Angeles Street.

5    California Health and Safety Code Section 19851 provides that the official

6  copy of building plans maintained by the building department of a city "may not be

7  duplicated in whole or in part except (1) with the written permission, which

8  permission shall not be unreasonably withheld as specified in subdivision (f), of the

9  certified, licensed or registered professional or his or her successor, if any, who

10  signed the original documents and the written permission of the original or current

11  owner of the building, or, if the building is part of a common interest development,

12  with the written permission of the board of directors or governing body of the

13  association established to manage the common interest development, or (2) by order

14  of a proper court or upon the request of any state agency."

15    Plaintiff has not provided LADBS with authorization from the building owner

16  or the design professional who signed the blueprints at issue in the subpoena.  Nor

17  has Plaintiff provided LADBS with a Court Order pursuant to California Health and

18  Safety Code Section 19851.  As such, state law prohibits LADBS from providing a

19  copy of the requested blueprints in response to the subpoena.  LADBS may only

20  make the blueprints available for inspection.

21    LADBS takes no position on whether or not the Court in this action should

22  issue an order under California Health and Safety Code Section 19851 authorizing

23  the release of the requested blueprints.

24  //

25  //

26  //

27  //

28  //

2

1    Should the Court issues such an Order, LADBS will produce the requested

2    blueprints within a reasonable period of time.

3

4    Dated: July 8, 2010          **CARMEN A. TRUTANICH,** City Attorney

5                                 **TAYO A. POPOOLA,** Deputy City Attorney
                                 **MICHAEL J. BOSTROM,** Deputy City Attorney

6                                 **ALAN W. BLACKMAN,** Deputy City Attorney

7

8    By: _____

9                                 **MICHAEL J. BOSTROM**
                                 Deputy City Attorney

10   Attorneys for Third Party
     **CITY OF LOS ANGELES DEPARTMENT OF**
     **BUILDING AND SAFETY**

11
     M:\REAL PROP_ENV_LAND USE\LAND USE\MICHAEL

12   BOSTROM\MARSH\PLEADINGS\OBJECTIONS TO SUBPOENA.DOC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28